UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NELSON OLWALDO MENDOZA,

        Petitioner,

v.                         Case No. 14-13027

DEWAYNE BURTON,

        Respondent.
_____/

**JUDGMENT**

In accordance with the court's "Opinion and Order Denying The Petition for Writ of Habeas Corpus and Declining to Issue a Certificate of Appealability" dated July 21, 2016,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent Dewayne Burton and against Petitioner Nelson Olwaldo Mendoza. Dated at Detroit, Michigan, this 21 st day of July 2016.

                                        DAVID J. WEAVER
                                        CLERK OF THE COURT

                                        S/ Lisa Wagner
                                  By:  Lisa Wagner, Case Manager
                                    to Judge Robert H. Cleland